This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38553**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**BRIAN JACKSON,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**Louis P. McDonald, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Charles J. Gutierrez, Assistant Attorney General
Albuquerque, NM

for Appellant

Arthur Hernandez
Rio Rancho, NM

for Appellee

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** The State appeals from the district court's order granting Defendant's motion to suppress an officer's testimony. This Court issued a notice of proposed disposition, proposing to summarily affirm. The State filed a notice of non-opposition to our calendar notice, stating that it does not oppose the proposed summary disposition. Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**BRIANA H. ZAMORA, Judge**